

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-18-00021-CV

**In the Interest of L.T. ET AL**, Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016PA01683
Honorable Charles E. Montemayor, Judge Presiding

PER CURIAM

Sitting: Sandee Bryan Marion, Chief Justice
    Karen Angelini, Justice
    Irene Rios, Justice

Delivered and Filed: March 14, 2018

DISMISSED FOR LACK OF JURISDICTION

On January 9, 2018, Associate Judge Charles Montemayor signed an order terminating Appellant's parental rights to her children. On January 10, 2018, Appellant filed a notice of appeal. On January 11, 2018, Appellant timely filed a request for a de novo hearing to the referring court. On March 7, 2018, Appellant filed a Withdrawal of Notice of Appeal, stating that because the de novo hearing is currently pending in the trial court, no final order has been entered in this case.

Generally, an appeal may be taken from a final judgment only. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 196 (Tex. 2001). Because Appellant filed a request for a de novo hearing, Appellant's notice of appeal is premature as there is no final judgment in the underlying case. *See C.R.-A.A.*, 2016 WL 6238327, at *1 ("[A]n associate judge's recommendation is not a final, appealable order when a request for a de novo hearing is timely filed.").

Accordingly, we conclude this court does not have jurisdiction over Appellant's attempted appeal. We grant Appellant's motion to withdraw the notice of appeal, and we dismiss this appeal for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f). We deny any other pending motions as moot.

PER CURIAM